UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 13-2073

---

MARY ANN YON CALLAHAM, Estate of Mary Ann Yon Callaham by Linda Foster and Charlie Yon personal representatives of the estate, personal representative Linda Foster, personal representative Charlie Yon; KIMBERLY CALLAHAM, TIMOTHY CALLAHAM; LINDA FOSTER,

          Plaintiffs - Appellants,

Vs.

UNITED STATES OF AMERICA,

          Defendant – Appellee

---

MOTION FOR A STAY OF MEDIATION
IN LIGHT OF LAPSE OF APPROPRIATIONS

---

  The United States of America hereby moves for a stay of mediation in the above-captioned case.

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal DEFENDANTS are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, therefore, requests a stay of mediation currently scheduled for Wednesday, October 2, 2013, at 2:00pm EST, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that he does not object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of mediation in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

        Respectfully submitted,

        WILLIAM N. NETTLES
        UNITED STATES ATTORNEY

        By:  *s/ Christie V. Newman*
            Christie V. Newman (#5473)
            Assistant United States Attorney
            1441 Main Street, Suite 500
            Columbia, SC  29201
            Phone:  (803)  929-3021
            Email:  Christie.Newman@usdoj.gov

September 30, 2013